**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:05-cr-071 |
| Patrick R. Clowers, | ) | |
| | ) | |
| Defendant. | ) | |

---

On December 9, 2005, the defendant made his initial appearance before Magistrate Judge Michael J. Watanabe in Denver, Colorado, on an Indictment filed against him in District of North Dakota. He subsequently waived his right to an identity hearing and was released on a $10,000 unsecured bond with electronic monitoring.

On December 29, the defendant appeared before this court via video teleconference. Appearing with the defendant was his attorney, Gary Fielding. AUSA Rick Volk appeared on the government's behalf.

After being advised of his rights and giving his consent to proceed via video teleconference, the defendant entered not guilty pleas to the two counts charged in the Indictment. In addition, he advised the court that he was contesting the forfeiture allegation contained in the Indictment.

The court accepts the defendant's plea and shall continue the defendant's release pending trial subject to the terms and conditions of the unsecured bond issued by the district court in Colorado.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge